STATE of Missouri, Plaintiff/Respondent,

v.

Jason BEDWELL, Defendant/Appellant.

No. 74381.

Missouri Court of Appeals, Eastern District, Division Three.

July 27, 1999.

John Munson Morris, III, Asst. Atty. Gen., Barbara K. Chesser, Jefferson City, for respondent.

G. William Wynne, Clayton, for appellant.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, J. and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Defendant, Jason Bedwell, appeals from the judgment entered on his convictions by a jury of two counts of sodomy in violation of Section 566.062 RSMo (1994). He was sentenced to concurrent terms of twenty-two years imprisonment on each count.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opin-

1. This appeal is a consolidation of four cases.

ion for their information only setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).